Argued and submitted May 18, reversed and remanded for reconsideration
July 1, 1992

In the Matter of the Compensation of
Chuck Northcutt, Claimant.

Chuck NORTHCUTT,
*Petitioner,*

*v.*

BJ's ICE CREAM PARLOR
and SAIF Corporation,
*Respondents.*

(WCB 89-14670; CA A68207)

832 P2d 52

Edward J. Harri, Salem, argued the cause for petitioner. On the brief were Donald M. Hooton and Malagon, Moore, Johnson & Jensen, Eugene.

David L. Runner, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

**PER CURIAM**

Claimant seeks review of an order of the Workers' Compensation Board that denied him attorney fees to be paid by SAIF in addition to compensation. SAIF concedes that the Board erred under the 1991 amendment to ORS 656.386(1). We agree with SAIF's concession.

Reversed and remanded for reconsideration.